UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NEXT GENERATION CAPITAL LLC,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**MARY THAI,** *et al.***,**<br><br>    **Defendants.** | Case No.: 13-CV-5464 YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION TO GRANT IFP APPLICATIONS AND REMAND TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF SOLANO** |

The Court has reviewed Magistrate Judge Ryu's Referral for Reassignment with Recommendation to Grant Defendants' In Forma Pauperis Applications and Remand to Superior Court of California, County of Solano. (Dkt. No. 7, "Report.")  No objections to the Report were filed.

The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly, and for the reasons set forth in the Report:

(1) Defendants' requests for permission to proceed in forma pauperis under 28 U.S.C. § 1915 (Dkt. Nos. 2, 3) are **GRANTED**;

(2) the above-captioned action is **REMANDED** to the Superior Court of California, County of Solano.

This Order terminates Case Number 13-cv-5464.

**IT IS SO ORDERED.**

Date: February 13, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**